# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PAVEL ROMERO ROSAS,** :
    Petitioner :
:     No. 1:20-cv-00716
**v.** :
:     (Judge Kane)
**WARDEN CLAIR DOLL,** :
    Respondent :

## ORDER

**AND NOW**, on this 15th day of June 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** to Petitioner's right to file a new § 2241 petition should he remain detained after he has exhausted his administrative remedies with respect to his detention; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania